1  ERIC D. HOUSER (SBN 130079)
   HOUSER & ALLISON
2  A Professional Corporation
   9970 Research Drive
3  Irvine, CA 92618
   (949) 679-1111
4  (949) 679-1112

5  Attorney for Secured Creditor, DEUTSCHE BANK NATIONAL TRUST COMPANY, as
   Trustee for the registered holders of DSLA Mortgage Loan Trust Mortgage Loan Pass-Through
6  Certificates, Series 2006-AR2

7

8

9              UNITED STATES BANKRUPTCY COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                    OAKLAND DIVISION

12 In re:                          )  Case No.: 09-42975-RN-13
                                   )
13 KEVIN MICHAEL GILLIKIN,         )  Chapter 13
                                   )
14        Debtor,                  )  **REQUEST FOR SPECIAL NOTICE**
                                   )
15                                 )     **(No Hearing Date Required)**
                                   )
16 _____ )

17 **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

18        PLEASE TAKE NOTICE that DEUTSCHE BANK NATIONAL TRUST

19 COMPANY, as Trustee for the registered holders of DSLA Mortgage Loan Trust Mortgage

20 Loan Pass-Through Certificates, Series 2006-AR2, by and through its attorney of record,

21 HOUSER & ALLISON, a Professional corporation, requests, pursuant to Rules 2002 and 9010

22 of the Federal Rules of Bankruptcy Procedure, that all notices sent in this case and all papers and

23 pleadings filed in this case be served upon the undersigned as follows:

24                              ERIC D. HOUSER, Esq.
                                HOUSER & ALLISON, A Professional Corp.
25                              9970 Research Drive
                                Irvine, CA 92618
26

27

28 I:\BK\Gillikin(49549)\RSN-POS.doc

DATED:  April 23, 2009

HOUSER & ALLISON
A Professional Corp.

By:   /s/ ERIC D. HOUSER
ERIC D. HOUSER
Attorney for Secured Creditor

I:\BK\Gillikin(49549)\RSN-POS.doc

## PROOF OF SERVICE

I, the undersigned, certify that I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 9970 Research Drive, Irvine, California 92618.

On April 23, 2009, I served the following document(s) described as follows:

**REQUEST FOR SPECIAL NOTICE**

On the following interested parties in this action:

[ X ]  VIA FIRST CLASS MAIL—CCP §§ 1013(a); 2015.5: By placing a true copy thereof enclosed in a sealed envelope(s) addressed as above, and placing each for collection and mailing on the date following ordinary business practices. I am readily familiar with my firm's business practice and collection and processing of mail with the United States Postal Service and correspondence placed for collection and mailing would be deposited with the United States Postal Service at Irvine, California, with postage thereon fully prepaid that same day in the ordinary course of business.

<u>Debtor</u>
Kevin Michael Gillikin
566 Tennent Ave
Pinole, CA 94564

[ X ]  VIA NOTICE OF ELECTRONIC FILING ("NEF"): Pursuant to the electronic mail notice list the following parties will be noticed via email.

| <u>Chapter 13 Trustee</u> | <u>Office of the U.S. Trustee/Oak</u> | <u>Attorney for Debtor</u> |
|---|---|---|
| Martha G. Bronitsky | USTPRegion17.OA.ECF@usdoj.gov | Patrick L. Forte |
| 13trustee@oak13.com | | plforte@sonic.net |

I certify under penalty of perjury, under the laws of the United States of America that the foregoing is true and correct.

Executed on April 23, 2009 at Irvine, California.

DOUGLAS J. WALTON

I:\BK\Gillikin(49549)\RSN-POS.doc