PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:                                    Case No. 09-42975 WJL

**KEVIN MICHAEL GILLIKIN,**               Chapter 13

       **Debtor.**               DECLARATION OF DEBTOR IN
                                          SUPPORT OF DEBTOR'S MOTION TO
                                          VALUE LIEN

_____/    _____

I, Kevin Gillikin, declare:

    1. I am the debtor in the above-captioned case.

    2. The facts contained herein are true and correct and if called upon as a witness I can testify competently as to them.

    3. At the time I filed my chapter 13 case, on April 10, 2009, I was the owner of the real property located at 566 Tennent Avenue, Pinole, Ca 94564 (the "property").

    4. I am informed and believe that on the date I filed my case, my property was worth approximately $320,000.00.

    5. The property is encumbered by a First Deed of Trust in favor of Deutsche Bank National Trust Company, as trustee for the registered holders of DSLA Mortgage Loan Trust Mortgage Loan Pass-Through

Certificates, Series 2006-AR2 in the sum of $339,079.20, as evidenced by its proof of claim filed on April 20, 2009, a copy of which is attached as Exhibit A and made a part hereof.

6. Chase Home Finance as successor to Washington Mutual is the beneficiary of a Second Deed of Trust against the property in the sum of $134,135.20, as evidenced by its proof of claim filed on February 24, 2010, a copy of which is attached as Exhibit B and made a part hereof.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: June 8, 2011                       /s/  Kevin Gillikin_____
                                                KEVIN GILLIKIN