PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:                                    Case No. 09-42975 WJL

**KEVIN MICHAEL GILLIKIN,**               Chapter 13

      Debtor.
                                          **CERTIFICATE OF SERVICE**

_____/    _____

    My place of business is in the County of Alameda; I am over the age of 18 years and not a party to the within action; my business address is One Kaiser Plaza, Suite 480, Oakland, CA 94612.

On June 8, 2011 I served the within;

**Motion to Value Security of Chase Home Finance as successor to Washington Mutual under FRBP 3012; Notice and Opportunity to Request a Hearing; Memorandum of Points and Authorities in Support of Debtor's Motion to Value Lien; Declaration of Debtor in Support of Debtor's Motion to Value Lien**

on the below-named in this action by placing a true copy thereof in a sealed envelope with certified mail postage thereon fully paid in the United States Mail at Oakland, CA addressed as follows:

Attn: Officer
Deutsche Bank Trust Company Americas
60 Wall Street
New York, New York 10005
/
/
/

Page 1 of 3

Case: 09-42975   Doc# 51-5   Filed: 06/08/11   Entered: 06/08/11 16:39:13   Page 1 of 3

```
 1  Attn: Officer
    Deutsche Bank Trust Company Americas
 2  C/o CT Corporation System
    818 West Seventh St.
 3  Los Angeles, CA 90017

 4  and on the below-named in this action by placing a true copy thereof
    in a sealed envelope with first-class postage thereon fully paid in
 5  the United States Mail at Oakland, CA addressed as follows:

 6  Attn: Officer or Managing Agent
    Chase Home Finance, LLC
 7  194 Wood Ave. S
    Iselin, NJ 08830
 8
    Attn: Officer or Managing Agent
 9  Chase Finance
    8333 Ridgepoint Drive, Floor 1
10  Irving, TX 75063-5812

11  Attn: Officer or Managing Agent
    Chase Home Finance, LLC
12  C/o CT Corporation System
    818 West Seventh St.
13  Los Angeles, CA 90017

14  Attn: Bankruptcy Department
    OCWEN
15  12650 Ingenuity Drive
    Orlando, FL 32826
16
    Ascension Capital Group, Inc.
17  Attn: JP Morgan Chase Bank, National Association Department
    Account: XXXXXXXXXXXX2081
18  PO Box 201347
    Arlington, TX 76006
19
    Attn: Joseph C. Delmotte
20  Bank of America, National Association as successor by merger to
    LaSalle Bank National Association, as Trustee for certificateholders
21  of Bear Stearns Asset backed Securities I LLL, Asset-backed
    certificates, Series 2007-HE6
22  C/o Pite Duncan, LLP
    4375 Jutland Drive, Suite 200
23  P.O. Box 17933
    San Diego, CA 92177-0933
24  /
    /
25  /
    /
26
```

```
 1  Attn: Eric D. Houser, Esq.
    Deutsche Bank National Trust Company, as trustee for the registered
 2  holders of DSLA Mortgage Loan Trust Mortgage Loan Pass-Through
    Certificates, Series 2006-AR2
 3  Houser & Allison, A Professional Corp.
    9970 Research Drive
 4  Irvine, CA 92618

 5  Attn: Ramesh Singh
    ALS - GE
 6  C/o Recovery Management Systems Corp.
    25 SE 2nd Avenue, Suite 1120
 7  Miami, FL 33131-1605

 8  Attn: Officer or Managing Agent
    1st United Services Credit Union
 9  C/o Scheer Law Group, LLP
    155 N. Redwood Drive, Suite 100
10  San Rafael, CA 94903

11       I declare under penalty of perjury under the laws of the State of
    California that the foregoing is true and correct.
12
    Dated: June 8, 2011               /s/   April Tang_____
13                                          APRIL TANG
```