**Entered on Docket
July 29, 2011**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes
the order of the court. Signed July 29, 2011

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

PATRICK L. FORTE #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:                                          Case No. 09-42975 WJL

**KEVIN MICHAEL GILLIKIN,**                     Chapter 13

          Debtor.                            ORDER MODIFYING CHAPTER 13 PLAN
_____/

    The above named debtor having served a Motion to Modify Chapter 13 Plan on June 7, 2011, and there being no objections thereto and good cause appearing therefor;

    **IT IS ORDERED** that debtor's Chapter 13 Plan be modified as follows: Commencing June 2011, debtor will pay $700.00 per month to the Trustee. Any plan arrearages shall be forgiven. Unsecured, non-priority creditors shall be paid on a pro-tanto basis.

                              **END OF ORDER**

**COURT SERVICE LIST**

**Attorneys for Debtor**
Patrick L. Forte, Esq.
Anne Y. Shiau
One Kaiser Plaza, #480
Oakland, CA 94612


U.S. Trustee
1301 Clay Street, #690N
Oakland, CA 94612


**Chapter 13 Trustee**
Martha Bronitsky
Trustee
P.O. Box 5004
Hayward, CA 94540

**Debtor**
Kevin Michael Gillikin
566 Tennent Avenue
Pinole, CA 94564