```
 1  Felix A. Seidler  (CSB 62717)
    REEVES & SEIDLER
 2  Attorneys at Law
    2527 Santa Clara Avenue
 3  Alameda, California 94501-4633
    Telephone (510) 521-8111
 4  Telecopier (510) 521-3895
    E-mail attyseidler@netscape.net
 5
    Attorney for Creditor/Claimant
 6  CASTLE COUNTRY INVESTMENTS, LLC

 7

 8                   UNITED STATES BANKRUPTCY COURT

 9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  In re:                          )   CHAPTER 13
                                    )
12  KEVIN MICHAEL GILLIKAN.,        )   Number 09-42975
                                    )
13       Debtor.                    )
                                    )
14  _____)

15
                       NOTICE OF APPEARANCE AND
16               REQUEST FOR SPECIAL BANKRUPTCY NOTICE

17       To the clerk of the United States Bankruptcy Court and to all
18  interested parties,
19       PLEASE TAKE NOTICE that Creditor/Claimant Castle Country
20  Investments, LLC, appears by attorneys REEVES & SEIDLER and request
21  that all petitions, schedules, supporting documents, notices,
22  pleadings and other documents filed and/or served in the above-
23  entitled case, including, but not limited to all notices provided
24  pursuant to Bankruptcy Rules 2002, 9007 and 9010 and 11 USC §§ 102(1),
25  342 and 1109(b) be served upon them at its attorneys' address below.
26       PLEASE TAKE FURTHER NOTICE that the foregoing request includes
27  not only the notices and papers mentioned in the said Rules but also
28  includes, but is not limited to, any petition, schedules, supporting
```

NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL BANKRUPTCY NOTICE   1

documents, notice, application, complaint, answer, demand, hearing, request, motion, petition, pleading or supporting or opposing documents in whatever form and howsoever transmitted.

Felix A. Seidler
Reeves & Seidler
Attorneys at Law
2527 Santa Clara Avenue
Alameda, California 94501-4633
Telephone (510) 521-8111
Facsimile (510) 521-3895
e-mail attyseidler@netscape.net

    Service of documents of reasonable length by facsimile or e-mail will be accepted with service deemed completed on receipt in addition to electronic service pursuant to Northern District Bankruptcy Local Rule 9013-3.

    PLEASE TAKE FURTHER NOTICE this Notice of Appearance constitutes a special appearance and is not to be deemed a consent to or waiver of the right to challenge the jurisdiction of the Bankruptcy Court including, without limitation, the jurisdiction of the Court to adjudicate non-core matters, all of which rights are reserved without prejudice.

Dated: March 5, 2012     REEVES & SEIDLER

    /s/Felix A. Seidler

    _____
    Felix A. Seidler
    Attorneys for Creditor/Claimant