| | |
|---|---|
| Martha G. Bronitsky<br>Chapter 13 Standing Trustee<br>6140 Stoneridge Mall Rd #250<br>Pleasanton,CA 94588-4588<br>(925) 621- 1900<br><br>Trustee for Debtor(s) | |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re<br><br>Kevin Michael Gillikin<br><br><br>Debtors(s) | Chapter 13 Case Number:<br>09-42975-WJL13 |

AMENDED NOTICE OF HEARING DATE, TIME AND LOCATION ON MOTION TO DISMISS CASE WITH PREJUDICE AND 12 MONTH BAR TO REFILING FOR FAILURE TO DISCLOSE ASSETS & OBTAINING CREDIT WITHOUT TRUSTEE'S APPROVAL

TO DEBTOR(S), DEBTOR(S)' ATTORNEY AND ALL INTERESTED PARTIES:

NOTICE IS HEREBY GIVEN that a hearing will be held on August 15, 2013 at 1:30 pm at the United States Bankruptcy Court, 1300 Clay Street, Courtroom 220, Oakland, California for the following reason:

Motion to Dismiss Case With Prejudice and 12 month Bar to Refiling For Failure to Disclose Assets & Obtaining Credit Without Trustee's Approval

**DEBTOR(S) PERSONAL APPEARANCE IS REQUIRED AT THIS HEARING**

| | | |
|---|---|---|
| 1 | In Re | Chapter 13 Case Number: |
| 2 | Kevin Michael Gillikin | 09-42975-WJL13 |
| 3 | Debtors(s) | |
| 4 | Date: June 26, 2013 | /s/ Martha G. Bronitsky |
| 5 | | Signature of Martha G. Bronitsky |
| | | Chapter 13 Standing Trustee |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the within and foregoing document on the debtor (s), counsel for debtor (s), and if applicable, the creditor, creditor representatives and the registered agent for the creditor by depositing it in the United States mail with first class postage attached thereto.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| | |
|---|---|
| June 26, 2013 | /s/Veronica Valdez |
| | Veronica Valdez |

Kevin Michael Gillikin
566 Tennent Ave
Pinole,CA 94564

(Debtor(s))

Patrick L Forte Atty
1 Kaiser Plaza #480
Oakland,CA 94612

(Counsel for Debtor)

Cardmember Service
Po Box 94014
Palatine, IL 60094

First United Credit Service
Po Box 11597
Pleasanton, CA 94588

Gemb Lending Inc
Po Box 57091
Irvine, CA 92619-0000

Wamu
Po Box 78065
Phoenix, AZ 85062

Emc Mortgage
Po Box 293150 Bkry Dept
Lewisville, TX 75029

Emc Mortgage
Po Box 293150 Bkry Dept
Lewisville, TX 75029

Downey Savings
3501 Jamboree Road
Newport Beach, CA 92660-0000

| | |
|---|---|
| 1 | Downey Savings |
| 2 | 3501 Jamboree Road<br>Newport Beach, CA  92660-0000 |
| 3 | |
| 4 | Ocwen     Attn Bkry Dept<br>12650 Ingenuity Dr<br>Orlando, FL  32826-0000 |
| 5 | |
| 6 | Ocwen     Attn Bkry Dept<br>12650 Ingenuity Dr<br>Orlando, FL  32826-0000 |
| 7 | |
| 8 | Emc Mortgage<br>Po Box 293150  Bkry Dept<br>Lewisville, TX  75029 |
| 9 | |
| 10 | Emc Mortgage<br>Po Box 293150  Bkry Dept<br>Lewisville, TX  75029 |
| 11 | |
| 12 | Chase Finance |
| 13 | 8333 Ridgepoint Dr Floor 01<br>Irving, TX  75063 |
| 14 | Scheer Law Group Llp |
| 15 | 155 N Redwood Dr Ste 100<br>San Rafael, CA  94903-0000 |
| 16 | |
| 17 | Scheer Law Group Llp<br>155 N Redwood Dr Ste 100<br>San Rafael, CA  94903-0000 |
| 18 | |
| 19 | Ocwen Loan Servicing<br>Po Box 785053 | Ocwen Loan Servicing<br>Po Box 785053 |
| 20 | Orlando, FL  328785053<br>(Creditor) | Orlando, FL  328785053<br>(Creditor) |
| 21 | | |
| 22 | Emc Mortgage Corp<br>Po Box 660753 | Emc Mortgage Corp<br>Po Box 660753 |
| 23 | Dallas, TX  752660753<br>(Creditor) | Dallas, TX  752660753<br>(Creditor) |
| 24 | | |
| 25 | Dept Of Child Support Svces C/O Ca State Disb Unit<br>Po Box 989067 | 1St United Svcs Credit Union<br>Po Box 11746<br>Pleasanton, CA  945881746 |
| 26 | W Sacramento, CA  957989067<br>(Creditor) | (Creditor) |
| 27 | | |
| 28 | | |

| | |
|---|---|
| 1 | Franchise Tax Board<br>Po Box 2952<br>Sacramento, CA  958122952<br>(Creditor) |
| 2 | |
| 3 | |
| 4 | United States Treasury<br>Po Box 7346<br>Philadelphia, PA  191017346<br>(Creditor) |
| 5 | |
| 6 | |
| 7 | American Contractor Indemnity Co<br>9841 Airport Blvd, 9Th Floor<br>Los Angeles, CA  90045<br>(Creditor) |
| 8 | |
| 9 | |
| 10 | East Bay Funding C/O Resurgent Capital Svc<br>Po Box 288<br>Greenville, SC  29603<br>(Creditor) |
| 11 | |
| 12 | Gemb Lending Inc<br>Po Box 5064<br>Costa Mesa, CA  92628<br>(Creditor) |
| 13 | |
| 14 | |
| 15 | Rash Curtis<br>Po Box 5790<br>Vacaville, CA  956965790<br>(Creditor) |
| 16 | |
| 17 | |
| 18 | Chase Home Equity<br>3415 Vision Dr<br>Oh4-7164<br>Columbus, OH  43219<br>(Creditor) |
| 19 | |
| 20 | |
| 21 | United States Treasury<br>Po Box 7346<br>Philadelphia, PA  191017346<br>(Creditor) |
| 22 | |
| 23 | |
| 24 | 1St United Svcs Credit Union<br>Po Box 11746<br>Pleasanton, CA  945881746<br>(Creditor) |
| 25 | |
| 26 | |
| 27 | |
| 28 | |